IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES M. VARDON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:11-cv-352-MEF |
| ) | (WO) |
| CITY OF MONTGOMERY, ALABAMA ) | |
| RETIREMENT FUND, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Magistrate Judge Coody has filed a Recommendation (Doc. # 25) that this Court deny the defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement (Doc. # 5) and Motion for Summary Judgment (Doc. # 24). Upon an independent review of the file, it is hereby ORDERED that:

1.  The defendant's objection (Doc. #26) to the Recommendation of the Magistrate Judge, filed on November 2, 2011, is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #25), entered on October 24, 2011, is adopted;

3.  The defendant's Motion to Dismiss or in the Alternative Motion for a More Definite Statement (Doc. # 5) and Motion for Summary Judgment (Doc. # 24) are DENIED.

DONE this the 1st day of February, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE