## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JAMES M. VARDON, | |
| Plaintiff, | |
| v. | Case No. 2:11-cv-352-MEF-CSC (WO) |
| CITY OF MONTGOMERY, ALABAMA, RETIREMENT FUND, | |
| Defendant. | |

### ORDER

Magistrate Judge Coody has filed a Recommendation (Doc. # 39) that this Court grant the defendant's Motion for Summary Judgment (Doc. # 35). Upon an independent review of the file, it is hereby ORDERED as follows:

1.  The plaintiff's Objection to the Recommendation of the Magistrate Judge (Doc. # 40) is OVERRULED.

2.  The Report and Recommendation of the Magistrate Judge (Doc. # 39) is ADOPTED.

3.  The defendant's Motion for Summary Judgment (Doc. # 35) is GRANTED.

Done this the 29th day of June, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE

1